# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gilstrap, James R. | US District Court, Eastern District of Texas | 05/03/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge (Active) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

100 East Houston Street
Marshall TX 75670

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Tommy B & Lucille Jackson Slaughter Foundation No. 2 |
| 2. | Trustee | T. Whitfield Davidson Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Teaching Stipend-Baylor Law School W-2 | $4,693.24 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Marshall Floral Co - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Association | 1/12/2018 | Irving TX | Activity of professional association | Travel |
| 2. | U.S. Courts | 1/19/2018 | Tyler TX | Court governance or administrative/managerial meeting | Travel |
| 3. | State Bar of Texas | 2/2-2/4/2018 | Lost Pines TX | Activity of professional association | Travel |
| 4. | U.S. Courts | 2/21-2/22/2018 | Beaumont TX | Court governance or administrative/managerial meeting | Travel |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gilstrap, James R. | 05/03/2019 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | U.S. Courts | 3/14-3/16/2018 | Washington DC | Meeting sponsored by Federal Judicial Center | Travel |
| 6. | U.S. Courts | 4/20/2018 | Tyler TX | Court governance or administrative/managerial meeting | Travel |
| 7. | Federal Bar Association | 5/2-5/6/2018 | Wilmington DE | Activity of professional association | Travel |
| 8. | U.S. Courts | 5/23-5/25/2018 | Austin TX | Meeting of U.S. Judicial Conference | Travel |
| 9. | Am. Board of Trial Advocates | 6/8-6/10/2018 | Santa Fe NM | Activity of professional association | Travel |
| 10. | Fed. Cir. Bar Assn. | 6/21-6/24/2018 | Coronado CA | Activity of professional association | Travel |
| 11. | U.S. Courts | 6/28/2018 | Plano TX | Activity of professional association | Travel |
| 12. | State Bar of Texas | 7/11-7/15/2018 | Denver CO | Activity of professional association | Travel |
| 13. | Baylor University | 7/20-8/6/2018 | St. Andrews, Scotland, United Kingdom | Educational activities other than judicial education | Travel |
| 14. | State Bar of Texas | 8/10-8/12/2018 | San Antonio TX | Activity of professional association | Travel |
| 15. | U.S. Courts | 8/15-8/17/2018 | Washington DC | Meeting sponsored by the AO, FJC, USSC or JPMDL | Travel |
| 16. | State Bar of Georgia | 9/20-9/23/2018 | Amelia Island FL | Activity of professional association | Travel |
| 17. | Fed. Circuit Bar Assn. | 10/10-10/14/2018 | Ottawa, Canada | Activity of professional association | Travel |
| 18. | U.S. Courts | 10/17-10/19/2018 | Plano TX | Activity of professional association | Travel |
| 19. | The Network of Trial Law Firms | 10/25-10/28/2018 | San Mateo CA | Activity of professional association | Travel |
| 20. | U.S. Courts | 10/29-10/30/2018 | Grapevine TX | Circuit judicial conference | Travel |
| 21. | State Bar of Texas | 11/2-11/4/2018 | Houston TX | Activity of professional association | Travel |
| 22. | The Center for American and Intl. Law | 11/12/2018 | Plano TX | Activity of professional association | Travel |
| 23. | U.S. Courts | 11/20/2018 | Tyler TX | Activity of professional association | Travel |
| 24. | U.S. Courts | 11/27-11/30/2018 | Washington DC | Meeting sponsored by the AO, FJC, USSC or JPMDL | Travel |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/03/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alcoa Inc common stock | A | Dividend | J | T | | | | | |
| 2. Arconic Inc common stock | A | Dividend | K | T | | | | | |
| 3. American Electric Power common stock | C | Dividend | M | T | | | | | |
| 4. A T & T Inc common stock | A | Dividend | J | T | Buy | 06/15/18 | J | | |
| 5. Boeing Co common stock | D | Dividend | N | T | | | | | |
| 6. Carriage Svcs Inc common stock | A | Dividend | J | T | | | | | |
| 7. Citigroup common stock | A | Dividend | J | T | | | | | |
| 8. Dell Technologies Inc common stock | | None | J | T | | | | | |
| 9. Disney Co common stock | B | Dividend | M | T | | | | | |
| 10. Exxon Mobil common stock | C | Dividend | L | T | | | | | |
| 11. Ford Motor Co common stock | A | Dividend | K | T | | | | | |
| 12. General Electric common stock | C | Dividend | M | T | | | | | |
| 13. Home Depot common stock | A | Dividend | K | T | | | | | |
| 14. Intel common stock | B | Dividend | M | T | | | | | |
| 15. JNJ common stock | E | Dividend | P1 | T | | | | | |
| 16. McDonalds Corp common stock | C | Dividend | M | T | | | | | |
| 17. Merck & Co Inc common stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Norfork Southern Co common stock | C | Dividend | N | T | | | | | |
| 19. Pepsico Inc common stock | A | Dividend | K | T | | | | | |
| 20. Pfizer common stock | A | Dividend | K | T | | | | | |
| 21. Southern Co common stock | C | Dividend | L | T | | | | | |
| 22. S&P Global Inc common stock | A | Dividend | K | T | | | | | |
| 23. MMM common stock | D | Dividend | N | T | | | | | |
| 24. Spdr S&P 500 ETF Trust common stock | C | Dividend | M | T | | | | | |
| 25. Woodside Petroleum common stock | A | Dividend | J | T | | | | | |
| 26. Weyerhaeuser common stock | A | Dividend | J | T | | | | | |
| 27. Mineral Rights, Harrison Co TX Comstock Ros #2 GU | A | Royalty | J | Q | | | | | |
| 28. Mineral Rights, Harrison Co TX Comstock-Kennedy GU | C | Royalty | J | Q | | | | | |
| 29. Mineral Rights, Harrison Co TX H T Newman GU | B | Royalty | J | Q | | | | | |
| 30. Berkshire Hathaway Class B common stock | A | Dividend | K | T | | | | | |
| 31. Coca Cola Co common stock | B | Dividend | L | T | | | | | |
| 32. Colgate Palmolive Co common stock | A | Dividend | J | T | | | | | |
| 33. Corning Inc common stock | A | Dividend | J | T | | | | | |
| 34. Microsoft common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Proctor & Gamble common stock | E | Dividend | P1 | T | Buy | 02/14/18 | K | | |
| 36. Invesco Large Cap Growth Fund Class A | A | Dividend | J | T | | | | | |
| 37. Alliance-Bernstein Large Cap Growth Fund Class A | A | Dividend | J | T | | | | | |
| 38. Federated Muni Ultrashort Fd Is #253 | B | Dividend | L | T | | | | | |
| 39. Mass Investors Growth Stock Fund Class A | A | Dividend | J | T | | | | | |
| 40. McGraw Hill Co Inc common stock | B | Dividend | J | T | | | | | |
| 41. Target Stores common stock | A | Dividend | J | T | | | | | |
| 42. Time Warner Inc common stock | A | Dividend | | | Merged (with line 4) | 06/15/18 | J | | |
| 43. Schlumberger Ltd common stock | A | Dividend | J | T | | | | | |
| 44. JP Morgan Chase common stock | A | Dividend | K | T | | | | | |
| 45. Emerson Electric common stock | A | Dividend | K | T | | | | | |
| 46. IBM common stock | B | Dividend | K | T | | | | | |
| 47. Sysco Corp common stock | A | Dividend | K | T | | | | | |
| 48. Verizon Communications common stock | A | Dividend | J | T | | | | | |
| 49. WalMart Stores Inc common stock | A | Dividend | J | T | | | | | |
| 50. Muni Bond-Canyon TX Wtr Authority Contr Rev | C | Interest | M | T | | | | | |
| 51. Muni Bond-Cnp Utility District | D | Interest | M | T | Buy | 04/01/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Muni Bond-Crosby TX Indpt Sch Dist Tax Sch Bldg Bds | C | Interest | M | T | | | | | |
| 53. Muni Bond-Denton TX | C | Interest | M | T | Buy | 09/01/18 | M | | |
| 54. Muni Bond-Tenn State GO | C | Interest | M | T | | | | | |
| 55. Muni Bond-Panola College GO | B | Interest | M | T | | | | | |
| 56. Muni Bond-Uab Medicine Financing Auth Alabama Revenue Bonds | C | Interest | L | T | | | | | |
| 57. Muni Bond-Pearland TX Cert of Oblg | C | Interest | L | T | | | | | |
| 58. Muni Bond-Katy TX Indpt Sch Dist Tax Sch Bldg Bds | C | Interest | M | T | | | | | |
| 59. Muni Bond-Galveston Co TX Housing Rev | A | Interest | J | T | Redeemed (part) | 04/24/18 | J | | |
| 60. Muni Bond-Prosper TX GO | C | Interest | M | T | | | | | |
| 61. Muni Bond-Dickens Co TX Pub Fac Rev | A | Interest | J | T | | | | | |
| 62. Muni Bond-TN Energy Acq Rev | B | Interest | K | T | | | | | |
| 63. Muni Bond-Bowling KY GO | A | Interest | | | Redeemed | 06/01/18 | K | | |
| 64. Muni Bond-West Hartford Conn GO | B | Interest | K | T | | | | | |
| 65. Muni Bond-Tomball TX Comb Tax & Rev Bonds | B | Interest | M | T | | | | | |
| 66. Muni Bond-Lubbock Cooper ISD GO | B | Interest | K | T | | | | | |
| 67. Muni Bond-Bryan TX ISD GO Rfdg 2017 | D | Interest | N | T | | | | | |
| 68. Muni Bond-Bryan TX Wtrwks & Swr Sys Rev Bonds | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Muni Bond-College Station TX GO Impt & Ref Bonds | D | Interest | M | T | | | | | |
| 70. Muni Bond-Cypress Hill Muni Utility Bond | C | Interest | M | T | Buy | 05/01/18 | M | | |
| 71. Muni Bond-Fort Bend Cnty Tex Muni Bond | B | Interest | L | T | Buy | 12/01/18 | L | | |
| 72. Muni Bond-Port Arthur TX ISD GO Bond | C | Interest | L | T | | | | | |
| 73. Muni Bond-Lewisville TX ISD Bond | C | Interest | L | T | | | | | |
| 74. Muni Bond-Sugar Land Tex GO Ref Bond | B | Interest | L | T | Buy | 01/10/18 | L | | |
| 75. Mineral Rights, Harrison Co TX NFR-Dinkle GU | D | Royalty | K | Q | | | | | |
| 76. Mineral Rights, Harrison Co TX NFR-Blalock GU | C | Royalty | K | Q | | | | | |
| 77. Mineral Rights, Harrison Co TX Forest Oil-Dickard GU | A | Royalty | J | Q | | | | | |
| 78. Mineral Rights, Harrison Co TX BP-Frank Davis GU | B | Royalty | J | Q | | | | | |
| 79. Mineral Rights, Harrison Co TX PennVa-Foreman GU | D | Royalty | K | Q | | | | | |
| 80. Mineral Rights, Harrison Co TX Valence Oper-Mobley GU | B | Royalty | K | Q | | | | | |
| 81. Mineral Rights, Harrison Co TX Valence-A Snider GU | A | Royalty | J | Q | | | | | |
| 82. 70 acres Harrison Co TX Timber Tract | | None | M | Q | | | | | |
| 83. 178.66 acres Harrison Co TX Timber Tract | | None | L | Q | | | | | |
| 84. 52 acres Harrison Co TX Timber Tract | | None | M | Q | | | | | |
| 85. 23.06 acres Harrison Co TX Timber Tract | | None | L | Q | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. 476 acres Cass Co TX Timber Tract | | None | N | Q | | | | | |
| 87. Mineral Rights, Panola Co TX Vice Shivers GU | A | Royalty | J | Q | | | | | |
| 88. CapitalOne Bank-Marshall TX various bank accts | D | Interest | M | T | | | | | |
| 89. BancorpSouth-Marshall TX checking acct | | None | J | T | | | | | |
| 90. Guaranty Bank & Trust (formerly 1st State Bank Hallsville TX) CD | A | Interest | | | Redeemed | 03/01/18 | M | A | |
| 91. Chase Bank-Marshall TX M/Mkt Acct #1 | A | Interest | K | T | | | | | |
| 92. First St Bank Carthage TX M/Mkt Acct | B | Interest | N | T | | | | | |
| 93. Edward Jones Cash Mgn Acct #1 | D | Interest | O | T | | | | | |
| 94. TX Bank & Trust M/Mkt accts | C | Interest | N | T | Buy (add'l) | 03/01/18 | M | | |
| 95. Capital Bank-Marshall TX Agency CMA Acct | | None | | | Closed | 01/01/18 | L | | |
| 96. Hancock Whitney Bank-Marshall TX Agency Acct | B | Interest | L | T | Open | 01/01/18 | L | | |
| 97. BancorpSouth Marshall TX CD | A | Interest | M | T | | | | | |
| 98. Citizens National Bank-Marshall TX M/Mkt Acct | A | Interest | N | T | | | | | |
| 99. Edward Jones Cash Mgn Acct #2 | D | Interest | O | T | | | | | |
| 100. Carriage Service Corp common stock | | None | | | Sold | 01/10/18 | J | | |
| 101. Reassure America Universal Life Policy | B | Interest | K | T | | | | | |
| 102. Foundation #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Fidelity M/Mkt Acct and CapOne checking acct | A | Int./Div. | L | T | | | | | |
| 104. -Accenture common stock | A | Dividend | J | T | | | | | |
| 105. -AT&T common stock | B | Dividend | K | T | | | | | |
| 106. -Abbott Labs common stock | A | Dividend | K | T | | | | | |
| 107. -Abbvie Inc common stock | B | Dividend | L | T | | | | | |
| 108. -Altria Group common stock | B | Dividend | K | T | | | | | |
| 109. -American Express common stock | A | Dividend | J | T | | | | | |
| 110. -Amgen common stock | A | Dividend | K | T | | | | | |
| 111. -Apache Corp common stock | A | Dividend | J | T | | | | | |
| 112. -Apple Inc common stock | A | Dividend | L | T | | | | | |
| 113. -Auto Data Processing common stock | A | Dividend | K | T | | | | | |
| 114. -Becton Dickinson common stock | A | Dividend | K | T | | | | | |
| 115. -Boeing common stock | B | Dividend | L | T | | | | | |
| 116. -BP PLC Spon ADR common stock | B | Dividend | K | T | | | | | |
| 117. -CSX common stock | A | Dividend | K | T | | | | | |
| 118. -Chevron common stock | B | Dividend | K | T | | | | | |
| 119. -Cisco Sys Inc common stock | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Coca Cola common stock | A | Dividend | K | T | | | | | |
| 121. -ConocoPhillips common stock | A | Dividend | K | T | | | | | |
| 122. -Deere & Co common stock | A | Dividend | K | T | | | | | |
| 123. -Digital Rlty Tr Inc common stock | A | Dividend | J | T | | | | | |
| 124. -Disney common stock | A | Dividend | K | T | | | | | |
| 125. -Dominion Res common stock | A | Dividend | J | T | | | | | |
| 126. -DuPont common stock | A | Dividend | K | T | | | | | |
| 127. -Entergy common stock | A | Dividend | K | T | | | | | |
| 128. -Enterprise Prods Partners LP com unit | B | Dividend | K | T | | | | | |
| 129. -ExxonMobil common stock | B | Dividend | K | T | | | | | |
| 130. -Fluor Corp common stock | A | Dividend | J | T | | | | | |
| 131. -Garrett Motion Inc common stock | | None | J | T | Buy | 01/01/18 | J | | |
| 132. -GE common stock | A | Dividend | K | T | | | | | |
| 133. -Goldman Sachs common stock | A | Dividend | J | T | | | | | |
| 134. -Home Depot common stock | B | Dividend | L | T | | | | | |
| 135. -Honeywell common stock | B | Dividend | L | T | | | | | |
| 136. -Intel common stock | A | Dividend | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -IBM common stock | A | Dividend | J | T | | | | | |
| 138. -iShares MSCI EAFE Index Fund (ETF) | A | Dividend | J | T | | | | | |
| 139. -iShares Russell 2000 Value Fund (ETF) | B | Dividend | L | T | | | | | |
| 140. -Chase common stock | B | Dividend | L | T | | | | | |
| 141. -JNJ common stock | B | Dividend | L | T | | | | | |
| 142. -Kraft Foods Group Inc common stock | A | Dividend | J | T | | | | | |
| 143. -Eli Lilly common stock | A | Dividend | K | T | | | | | |
| 144. -Magellan Midstream Partners LP Com | B | Dividend | K | T | | | | | |
| 145. -McDonald's common stock | A | Dividend | K | T | | | | | |
| 146. -McKesson common stock | A | Dividend | K | T | | | | | |
| 147. -Medtronic common stock | A | Dividend | K | T | | | | | |
| 148. -Microsoft common stock | B | Dividend | L | T | | | | | |
| 149. -Mondelez Int Inc common stock | A | Dividend | K | T | | | | | |
| 150. -Monsanto common stock | A | Dividend | | | Sold | 01/01/18 | K | | |
| 151. -Nike common stock | A | Dividend | K | T | | | | | |
| 152. -Occidental Pete Cor Com common stock | B | Dividend | K | T | | | | | |
| 153. -Oracle common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Plains All Amern Pipeline LP Ltd Partanership Int | B | Distribution | J | T | | | | | |
| 155. -PNC finl Sves Group common stock | A | Dividend | K | T | | | | | |
| 156. -Pfizer Inc common stock | B | Dividend | L | T | | | | | |
| 157. -Philip Morris common stock | B | Dividend | K | T | | | | | |
| 158. -Phillips 66 common stock | A | Dividend | K | T | | | | | |
| 159. -PG common stock | B | Dividend | K | T | | | | | |
| 160. -Qualcomm common stock | B | Dividend | K | T | | | | | |
| 161. -Resideo Technologies Inc common stock | | None | J | T | Buy | 01/01/18 | J | | |
| 162. -Royal Dutch Shell PLC common stock | A | Dividend | K | T | | | | | |
| 163. -Spdr S&P Midcap 400 ETF Trust Fund | B | Dividend | M | T | | | | | |
| 164. -Schlumberger common stock | A | Dividend | J | T | | | | | |
| 165. -Simon Ppty Group common stock | A | Dividend | J | T | | | | | |
| 166. -Southern Co common stock | A | Dividend | J | T | | | | | |
| 167. -3M common stock | A | Dividend | K | T | | | | | |
| 168. -Travelers common stock | A | Dividend | K | T | | | | | |
| 169. -Verizon common stock | C | Dividend | L | T | | | | | |
| 170. -Vodafone Group common stock | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -Wells Fargo common stock | A | Dividend | K | T | | | | | |
| 172.  -Conoco Inc Sr Note | D | Interest | M | T | | | | | |
| 173.  -General Elec Cap Corp MTN Note | C | Interest | L | T | | | | | |
| 174.  -Honeywell Inc Deb Note | D | Interest | M | T | | | | | |
| 175.  -International Business Machs Corp Deb Note | D | Interest | M | T | | | | | |
| 176.  -Merck & Co Inc Deb Note | D | Interest | M | T | | | | | |
| 177.  -Vanguard Total Bond Mkt Index Fund | C | Dividend | M | T | | | | | |
| 178.  -CapitalOne checking/operating acct | | None | K | T | | | | | |
| 179.  -Mineral Rights; BP-W.E. Jackson GU Harrison Co TX | D | Royalty | K | Q | | | | | |
| 180.  -Mineral Rights; BP-Findley-B GU Harrison Co TX | C | Royalty | J | Q | | | | | |
| 181.  -Mineral Rights; BP-Geo. Slaughter-B GU Harrison Co TX | C | Royalty | J | Q | | | | | |
| 182.  Foundation #2 (H) | | | | | | | | | |
| 183.  -CapitalOne Bank-checking | | None | L | T | | | | | |
| 184.  -3300 acres timberland in NW Harrison Co TX | | None | P1 | Q | | | | | |
| 185.  -Edward Jones MMKT Cash Acct | A | Dividend | K | T | | | | | |
| 186.  -AT & T common stock | A | Dividend | J | T | | | | | |
| 187.  -Emerson Electric common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 16 of 18

Name of Person Reporting

Gilstrap, James R.

Date of Report

05/03/2019

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -JNJ common stock | A | Dividend | K | T | | | | | |
| 189. -Pepsico common stock | A | Dividend | K | T | | | | | |
| 190. -PG common stock | A | Dividend | J | T | | | | | |
| 191. -Royal Dutch Shell common stock ADR | A | Dividend | J | T | | | | | |
| 192. -Mineral Rights TexOk Davidson #3 oil unit Harrison Co TX | B | Royalty | J | Q | | | | | |
| 193. -Mineral Rights TexOk Davidson #7 oil unit Harrison Co TX | B | Royalty | J | Q | | | | | |
| 194. -Mineral Rights TexOk Davidson #13 oil unit Harrison Co TX | B | Royalty | J | Q | | | | | |
| 195. -Mineral Rights Harleton O&G Davidson well Harrison Co TX | B | Royalty | K | Q | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilstrap, James R. | 05/03/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The appraisal date for all items listed in Part VII was 12/31/18.

Tommy B. and Lucille Jackson Slaughter Foundation No. 2 is identified in Part VII as Foundation #1.

T. Whitfield Davidson Foundation is identified in Part VII as Foundation #2.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ James R. Gilstrap

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544